# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>           Plaintiff,<br><br>    v.<br><br>CLARK, *et al.*,<br><br>           Defendants. | Case No.  1:22-cv-00916-BAM (PC)<br><br>ORDER CONSTRUING PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS AS A MOTION FOR EXTENSION OF TIME<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO SCREENING ORDER<br><br>(ECF No. 6)<br><br>**THIRTY (30) DAY DEADLINE**<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE AUGUST 25, 2022 SCREENING ORDER |

Plaintiff Ruben Figueroa ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 25, 2022, the Court issued a screening order directing Plaintiff to file an amended complaint or a notice of voluntary dismissal within thirty (30) days.  (ECF No. 5.)  On September 30, 2022, Plaintiff submitted a notice of change of address which further explained that Plaintiff submitted a motion for appointment of counsel and for a 90 to 120-day enlargement of time in early September and a second copy on September 16, 2022, yet he had not received a response as of the date of his notice of change of address.  (ECF No. 6.)  Plaintiff further explains

1

that he was paroled on September 30, 2022. (*Id.*)

As it appears the Court did not receive Plaintiff's prior requests for enlargement of time or for appointment of counsel before paroling, the Court construes the notice of change of address as a motion for extension of time to respond to the Court's screening order. The Court finds good cause exists to grant a thirty-day extension of time and will direct the Clerk of the Court to re-serve the Court's screening order on Plaintiff at his new address.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's notice of change of address, (ECF No. 6), is construed as a motion for extension of time;
2. Plaintiff's motion for extension of time to respond to screening order, (ECF No. 6), is GRANTED;
3. The Clerk's Office shall send Plaintiff:
    a. A complaint form; and
    b. A copy of the Court's August 25, 2022 screening order, (ECF No. 5);
4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first amended complaint curing the deficiencies identified by the Court's August 25, 2022 screening order (or file a notice of voluntary dismissal); and
5. **If Plaintiff fails to file a first amended complaint in compliance with the Court's August 25, 2022 screening order, the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim**.

IT IS SO ORDERED.

Dated:   **October 3, 2022**         /s/ *Barbara A. McAuliffe*   _
                                     UNITED STATES MAGISTRATE JUDGE