UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN FIGUEROA,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>    Defendants. | No. 1:22-cv-00916-ADA-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS THE ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 13) |

Plaintiff Ruben Figueroa is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2022, the Magistrate Judge issued a screening order finding that the complaint had failed to state a cognizable claim for relief and granting Plaintiff leave to file either a first amended complaint or a notice of voluntary dismissal. (ECF No. 5.) The order warned Plaintiff that failure to comply would result in a recommendation of dismissal, with prejudice, for failure to obey a court order and failure to state a claim. (*Id.* at 21.) Following three extensions of time, (ECF Nos. 7, 9, 12), Plaintiff has failed to file either an amended complaint or notice of voluntary dismissal. Therefore, on March 1, 2023, the Magistrate Judge issued findings and recommendations recommending dismissal of this action for failure to state a cognizable claim, failure to prosecute, and failure to obey a court order. (ECF No. 13.) The findings and

recommendations granted Plaintiff fourteen days to file objections.  (*Id.*)  That deadline has passed, and Plaintiff has not filed objections or otherwise communicated with the Court.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

       Accordingly,

1. The findings and recommendations issued on March 1, 2023, (ECF No. 13), are adopted in full;
2. This action is dismissed, with prejudice, due to Plaintiff's failure to state a claim, failure to prosecute, and failure to obey a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 30, 2023

                              UNITED STATES DISTRICT JUDGE